UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ASTRA VEDA CORPORATION,

                Plaintiff,

-against-                             22 **CIVIL** 7308

**JUDGMENT**

APOLLO CAPITAL CORPORATION, et al.,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated July 24, 2023, the Court has adopted Judge Netburn's R&R save for her conclusion that Defendants' Rule 12(b)(6) motion should be granted as to Apollo Management. Defendants' motion to dismiss is GRANTED. Plaintiff's claims against Apollo Capital are dismissed with prejudice. Plaintiff's claims against Apollo Management and Naraine are dismissed without prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      July 25, 2023

                                                **RUBY J. KRAJICK**

                                                  **Clerk of Court**

                     **BY:**       K. Mango

                                                   **Deputy Clerk**