```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
ASTRA VEDA CORPORATION, *f/k/a* :
WorldFlix, Inc., :
: 1:22-cv-7308-GHW
Plaintiff, :
: ORDER
-v - :
:
APOLLO CAPITAL CORP, *et al.*, :
:
Defendants. :
:
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

    This order schedules a conference to discuss Defendants' motion for attorneys' fees, *see* Dkt. No. 83, for **August 14, 2023 at 2:00 p.m.** The conference will be held by telephone. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(B) of the Court's Individual Rules.

    SO ORDERED.

Dated: August 11, 2023
New York, New York

                                                           GREGORY H. WOODS
                                                  United States District Judge