```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                 :
ASTRA VEDA CORPORATION, *f/k/a*       :
WorldFlix, Inc.,                                      :
                                                 :           1:22-cv-7308-GHW
                                     Plaintiff,  :
                                                 :                ORDER
                 -v -                         :
                                                 :
APOLLO CAPITAL CORP, *et al.*,         :
                                                 :
                                     Defendants.  :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      As discussed at the August 16, 2023 conference, Defendants' motion for attorneys' fees is DENIED for failure to comply with the Court's Local Rules. *See* Southern District Local Rule 7.1. Additionally, as discussed at the conference, the parties are directed to meet-and-confer in advance of any resubmission of this motion. In the meet-and-confer, the parties should discuss (1) the mechanism by which the parties will raise any factual disputes to the Court, (2) the best way for the Court to resolve any disputed factual issues, including a potential evidentiary hearing, and (3) how this Court can or should resolve any issues material to an attorneys' fees motion in this case that are still being litigated (or that may still be litigated) between the parties in Florida. The parties are ORDERED to submit a joint letter on the docket explaining their views on these questions in advance of any resubmission of an attorneys' fees motion, at which point—should the Defendants wish to pursue the motion—the Court would expect to put in place a procedure to evaluate it.

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 83.

      SO ORDERED.

Dated: August 16, 2023                          _____
New York, New York                             GREGORY H. WOODS
                                                                   United States District Judge