UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ASTRAVEDA CORPORATION,

                                          Plaintiff,

          -against-

APOLLO CORPORATION, et al.,

                                          Defendants.
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__ 9/20/2023 _

22-CV-7308 (GHW)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

Defendants' motion for an award of attorney's fees and costs shall be filed by October 2, 2023. Plaintiff's opposition is due October 23, 2023. Any reply brief is due October 30, 2023. To the extent the parties seek to rely on extra-judicial documents, they may attach them to a declaration from a qualified person. To the extent the Court determines that an evidentiary hearing is warranted, it will be scheduled for the appropriate time. To the extent the parties believe a stay of the Court's decision is appropriate, the parties may raise the issue in their submissions.

The parties are further ORDERED to engage in good faith negotiations to settle this dispute to avoid further litigation expenses.

SO ORDERED.

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     New York, New York
           September 20, 2023